**7**

Clayton KEMP v. STATE. (No. 10003.) (Court of Criminal Appeals of Texas. Feb. 3, 1926.) Appeal from District Court, Hopkins County; J. M. Melson, Judge. Ramey & Davidson, of Sulphur Springs, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. From conviction in the district court of Hopkins county for possessing material for the manufacture of intoxicating liquor, with punishment fixed at two years in the penitentiary, this appeal is brought. Appellant files an affidavit in proper form requesting the dismissal of his appeal. The request is granted. The appeal is dismissed.